## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**BARRY, McTIERNAN & WEDINGER**
1024 Amboy Avenue
Edison, New Jersey 08837
(732) 225-3510
Attorneys for Plaintiff(s)
Specialty Risk Services a/s/o Remo Canzanese
and Remo Canzanese, individually

| | |
|---|---|
| SPECIALTY RISK SERVICES a/s/o REMO CANZANESE and REMO CANZANESE, individually<br><br>Plaintiffs<br><br>- vs -<br><br>CROWN EQUIPMENT CORPORATION<br><br>Defendant | Civil Action No.:1-11-cv-01479 (JBS)(KMW)<br>Hon. Jerome B. Simandle<br>Hon. Karen M. Williams<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against any parties. Plaintiffs agree that the Complaint shall be marked dismissed.

Dated:

BARRY, McTIERNAN & WEDINGER

By: Richard W. Wedinger, Esq.
Attorney for Plaintiff(s)

COUGHLIN DUFFY

By: Timothy Duffy, Esq.
Attorney for Defendant(s)

SO ORDERED _____
              Jerome B. Simandle